### 8152.  PASCHAL *v.* MORGAN, executor.

LUKE, J.   An agreement between counsel that two cases be submitted
 at the same time to one jury did not amount to a consolidation of the
 cases, and did not authorize the losing party, who was a party to both
 cases, to file one bill of exceptions, attempting to bring both of the
 cases to this court for decision here, there being a separate judgment
 in each case.   This court has no jurisdiction to entertain such a bill
 of exceptions, and therefore the writ of error must be dismissed.
 This court being without jurisdiction, the bill of exceptions can not
 be amended by striking one of the cases.   *Dickey* v. *State,* 101 *Ga.* 572
 (28 S. E. 980); *Erwin* v. *Ennis,* 104 *Ga.* 861 (31 S. E. 444); *Hicks* v.
 *Walker,* 105 *Ga.* 480 (30 S. E. 383); *Walker* v. *Conn,* 112 *Ga.* 314 (37
 S. E. 403); *Wells* v. *Coker Banking Co.,* 113 *Ga.* 857 (39 S. E. 298);
 *Purvis* v. *Ferst,* 114 *Ga.* 689 (40 S. E. 723); *Brown* v. *L. & N. R. Co.,*
 117 *Ga.* 222 (43 S. E. 498); *Center* v. *Fickett Paper Co.,* 117 *Ga.* 222
 (43 S. E. 498); *Harris* v. *Gano,* 117 *Ga.* 950 (44 S. E. 8); *Cole* v.
 *Stanley,* 118 *Ga.* 259 (45 S. E. 282); *Valdosta Guano Co.* v. *Hart,* 119
 *Ga.* 909 (47 S. E. 212).

   *Writ of error dismissed.   Wade, C. J., and George, J., concur.*
      DECIDED FEBRUARY 1, 1917.

Motion to dismiss writ of error.

*M. C. Few,* for plaintiff in error.   *Williford & Lambert,* contra.